```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-24097-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE

WILLIAM CORCORAN, JR.,      :

       Plaintiff,           :

v.                          :        REPORT OF
                                     MAGISTRATE JUDGE
GLEN MANCOCK, et al         :

       Defendants.          :
_____
```

The pro-se plaintiff, William Corcoran, Jr. filed two civil rights complaints pursuant to 42 U.S.C. §1983, while confined in the Florida State Prison in Raiford, Florida, alleging violations arising from the same set of circumstances.

The Court takes judicial notice of the facts as stated in his complaint filed in the lower numbered case, No. 10-24021-Civ-Jordan. The plaintiff states he is a member of the "Unforgiven Gang", a white supremacist group established at Apalachee Correctional Institution (CI). He states that to demonstrate his strength, he assaulted a fellow inmate with a razorblade. He received a disciplinary report, sixty days in confinement and the loss of eighty days of gain time. Ninety days later his visitation privileges were suspended for two years, without notification.

In this complaint he names Mancock, a Classification Supervisor at Apalachee Correctional Institution and Col. Steve Roddenberry. His allegations are the same as in his prior complaint. He seeks injunctive relief in the form of restoration of his visiting privileges and in this complaint seeks monetary damages.

These claims are unrelated to the Southern District of Florida. The plaintiff is confined in Raiford, Florida, in Union County, located in the Middle District, and the allegations concern conditions at Apalachee CI, located in Sneads, Florida, in Jackson County, in the Northern District of Florida.

Ordinarily, it would be recommended that this case be transferred to the proper venue. The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

However, in this case, along with seeking monetary damages, the plaintiff has raised claims of injunctive relief, which must be brought in the Middle District in which he is confined. He has also raised claims against employees of Apalachee Correctional Institution located in a separate venue.

It is therefore recommended that this complaint be dismissed without prejudice, so that the plaintiff may determine the allegations he wishes to raise, and re-file his complaint in the proper venue.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 23rd  day of November, 2010.

```
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
```

cc:   William Corcoran, Jr., Pro Se
      DC #U10376
      Florida State Prison
      Address of record