UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24097-CIV-LENARD/WHITE

**WILLIAM CORCORAN, JR.**,

    Plaintiff,
v.

**GLEN MANCOCK, et al,**

    Defendants.
_____/

### ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 6)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 6), issued on November 23, 2010, recommending that Plaintiff's Complaint be dismissed without prejudice, so that Plaintiff "may determine the allegations he wishes to raise, and re-file his complaint in the proper venue." (Report at 2.) Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, Plaintiff has not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 6), issued on November 23, 2010,

is **ADOPTED**;

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of December, 2010.

_Joan A. Lenard_
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**